AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 2 3 1999

LUTHER D. THOMAS, CLERK
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
v.

JORGE ARMANDO VARELA

CRIMINAL COMPLAINT

CASE NUMBER: 1:99-M-939

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>August 16, 1999</u> in <u>Pickens</u> County, in the Northern District of Georgia defendant(s) did, Track Statutory Language of Offense)

move and travel in interstate and foreign commerce with intent to avoid prosecution under the laws of the place from which he flees, for a crime which is a felony under the laws of the place from which the fugitive flees, namely, prosecution for malice murder under the laws of the State of Georgia,

in violation of Title <u>18</u> United States Code, Section(s) <u>1073</u>.

I further state that I am a(n) Special Agent, FBI and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.     (X) Yes ( ) No

_____
Signature of Complainant
PETER J. CONNOLLY
SA/FBI

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

<u>AUGUST 23, 1999</u>
Date

at <u>ATLANTA, GEORGIA</u>
City and State

C. CHRISTOPHER HAGY
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

AUSA DAVID E. NAHMIAS