# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

vs

JORGE ARMANDO VARELA

**WARRANT FOR ARREST**

Case No.: 1:99-M-939

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **JORGE ARMANDO VARELA**

and bring him or her forthwith to the nearest magistrate to answer a **COMPLAINT**

charging him or her with (brief description of offense):

unlawful flight to evade prosecution

in violation of Title 18, United States Code, Section(s) 1073

---

C. CHRISTOPHER HAGY
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

August 23, 1999           at Atlanta, GA
Date and Location

Bail Fixed at $_____

by _____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer